Martin Pitha (SBN 192447)
mpitha@lp-lawyers.com
Lillis Pitha LLP
2 Park Plaza, Suite 480
Irvine, California 92614
(949) 209-9020 (t)
(949) 759-1845 (f)

Douglas F. Stewart (*pro hac vice*)
doug.stewart@bracewell.com
Jared Schuettenhelm (SBN 267885)
jared.schuettenhelm@bracewell.com
Bracewell LLP
701 Fifth Avenue, Suite 6200
Seattle, Washington 98104-7018
(206) 204-6200 (t)
(800) 404-3970 (f)

David J. Ball (*pro hac vice*)
david.ball@bracewell.com
Bracewell LLP
1251 Avenue of the Americas
New York, New York 10020
(212) 508-6100 (t)
(800) 404-3970 (f)

*Attorneys for Defendant Nordstrom, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WONGAB CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC., et al.<br><br>Defendants. | Case No. 2:17-cv-02974-AB-AGR<br><br>**DECLARATION OF JARED D. SCHUETTENHELM IN SUPPORT OF DEFENDANT NORDSTROM, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date: September 22, 2017<br>Time: 10:00 a.m.<br>Place: Courtroom 7B<br>Judge: Hon. Andre Birotte Jr.<br>Courtroom: 7B |

I, Jared D. Schuettenhelm, state as follows:

1. I am an attorney at Bracewell LLP and represent Defendant Nordstrom, Inc. ("Nordstrom") in the above-captioned action. I offer this declaration in support of Defendant Nordstrom, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint.

2. Attached as <u>Exhibit 1</u> is a true and correct copy of the Order Granting Defendants' Motion To Dismiss Plaintiff's Second Amended Complaint, issued by United States District Judge Manuel L. Real in *Malibu Textiles Inc. v. Label Lane International, Inc.*, Case No. 2:14-cv-04054-R-MAN (C.D. Cal. June 29, 2017) (Dkt. 44).

3. Attached as <u>Exhibit 2</u> is a true and correct copy of the Order Granting Defendant's Motion To Dismiss Plaintiff's First Amended Complaint, issued by United States District Judge Manuel L. Real in *Malibu Textiles Inc. v. H&M Hennes & Mauritz LP, et al.*, Case No. 2:14-cv-01018-R-E (C.D. Cal. June 29, 2017) (Dkt. 58).

Executed on this 18th day of August 2017.

Respectfully submitted,

*/s/ Jared. D. Schuettenhelm*
Jared Schuettenhelm (SBN 267885)
jared.schuettenhelm@bracewell.com
Bracewell LLP
701 Fifth Avenue, Suite 6200
Seattle, Washington 98104-7018
(206) 204-6200 (t)
(800) 404-3970 (f)

- 2 - DECLARATION OF JARED D. SCHUETTENHELM IN SUPPORT OF DEFENDANT NORDSTROM, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system, which constitutes service on all counsel of record to this action.

Dated: August 18, 2017

*/s/ Douglas F. Stewart*
Douglas F. Stewart